UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KAREN SUE PYL,

            Plaintiff,

   v.

CAROLYN COLVIN, Acting Commissioner of Social Security,

            Defendant.

Case No. C13-1428-RAJ

**ORDER AFFIRMING THE COMMISSIONER AND DISMISSING THE CASE**

The Court, after careful consideration of plaintiff's complaint, the parties' briefs, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, does hereby find and **ORDER**:

(1)    The Court adopts the Report and Recommendation.

(2)    The Commissioner's decision is **AFFIRMED** and the case is **DISMISSED** with prejudice.

(3)    The Clerk shall send copies of this Order to the parties and to Judge Tsuchida.

DATED this 28th day of April, 2014.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge